UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEROME COOLEY, ) | |
| ) | Case No.: 4:25-CV-910 JSD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | JURY TRIAL REQUESTED |
| CITY OF ST. LOUIS, a municipal ) | |
| corporation, ) | |
| ) | |
| TODD WAELTERMAN, ) | |
| in his official and individual capacities, ) | |
| ) | |
| CHERYL POGUE, ) | |
| in her official and individual capacities, ) | |
| ) | |
| EDWIN YOUNG, ) | |
| in his official and individual capacities, ) | |
| ) | |
| JAMES WILSON, ) | |
| in his official and individual capacities, ) | |
| ) | |
| DANIEL EARLEY, ) | |
| in his official and individual capacities, ) | |
| ) | |
| and ) | |
| PAT WACTOR, ) | |
| in his official and individual capacities, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE RESPONSE TO MOTION TO DISMISS PARTIES

COMES NOW Plaintiff Jerome Cooley, by and through undersigned counsel and moves this Court grant Plaintiff leave until January 29, 2026 to file an answer to Defendants' Daniel Earley's and Pat Wactor's motion to dismiss. In support thereof Plaintiff states as follows:

1

1. Plaintiff seeks until January 27, 2026 to file an answer to Defendants' motion to dismiss.

2. Plaintiff due to inadvertence failed to timely file an answer to Plaintiff's motion to dismiss.  Plaintiff's failure to file a timely answer was a result of excusable neglect.

3. Plaintiff now seeks leave until January 29, 2026 to file answer to the motion to dismiss defendant Earley and Wactor.

WHEREFORE, Plaintiff prays that this Court enter an order granting Plaintiff leave until January 29, 2026 to file an answer to defendants' Earley's and Wactor's motion to dismiss

        Respectfully submitted,
        **LEDBETTER LAW FIRM, LLC**

    By: /s/ Frank R. Ledbetter
       Frank R. Ledbetter, MBE#53521
       130 S. Bemiston Avenue, Suite 304
       Clayton, MO 63105
       (314) 602-1431-Telephone
       (314) 667-3804-Facsimile
       stlatty@gmail.com
       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above motion was filed electronically on this 28th day of January 2026 and thereby served on the following parties on this 28th day of January 2026:

Curtis D. Wilson
wilsoncu@stlouis.mo.gov

Kelli Reichert
kelli.reichert@ago.mo.gov

Carla Ramshead
carla.ramshead@ago.mo.gov

Krystal Gilstrap
krystal.gilstrap@ago.mo.gov

Barbara Fowler
Barbara.fowler@ago.mo.gov

Christina Palmer
christina.palmer@ago.mo.gov

Olivia Finley
olivia.finley@ago.mo.gov

Stephanie Rawlins
stephanie.rawlins@ago.mo.gov

/s/ Frank R. Ledbetter