# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JEROME COOLEY, | ) |
| Plaintiff, | ) No. 4:25-CV-910 JSD |
| v. | ) |
| CITY OF ST. LOUIS, etc. | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On January 13, 2026, the Court ordered Plaintiff to file an affidavit of service for James Wilson or provide a notice stating why service has not been completed on James Wilson no later than January 20, 2026. (ECF No. 51) *See* Fed. R. Civ. P. 4(m). On January 28, 2026, Plaintiff filed an "Officer's or Server's Return" for Case Number 2422-CC00264 (the original state court case number), stating that Plaintiff's special process server left service of process "with mayoral assistant at City Hall." (ECF No. 52)

Rule 4 provides the following methods under which a plaintiff may properly effectuate service of process in federal court:

(1) as allowed by state law in the state where the district court is located (here, Missouri state law);

(2) by delivering a copy of the summons and of the complaint personally to an individual;

(3) leaving a copy at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or

(4) delivering a copy to an agent authorized by appointment or by law to receive service of process.

*See* Fed. R. Civ. P. 4(e). Under Missouri Supreme Court Rule 54.13(b)(1) and § 506.150, RSMo, service of process may be completed upon an individual in much the same way as stated above: delivering a copy of the summons and petition personally to an individual; leaving a copy at the individual's dwelling or usual place of abode with a person who resides there and is at least 18 years old; or by delivering a copy to an agent authorized by appointment or by law to receive service of process. *Carter v. Schoonover*, No. 4:21-CV-00688-RK, 2022 WL 993088, at *2 (W.D. Mo. Mar. 24, 2022). Additionally, Missouri allows for service by mail under Missouri Supreme Court Rule 54.16.

The Court orders Plaintiff to show cause in writing as to whether service was effective on Defendant James Wilson, given that the Officer's or Server's Return (ECF No. 52) referenced the state court case number and the summons was not served personally on Defendant Wilson.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall show cause in writing, **no later than February 3, 2026**, whether service was effective on Defendant James Wilson.

Dated this 28th day of January, 2026.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE