**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JEROME COOLEY, | ) |
| | ) |
| Plaintiff, | )   No. 4:25-CV-910 JSD |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, etc. | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

On January 12, 2026, Defendants Edward Young and Cheryl Pogue filed a Motion to Dismiss (ECF No. 49). To date, Plaintiff has not responded to Defendants Young and Pogue's Motion to Dismiss.[1]

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall show cause, in writing, no later than **April 1, 2026,** as to why he has not provided his opposition to Defendants Young and Pogue's Motion to Dismiss (ECF No. 49). Plaintiff shall also file a memorandum in opposition to Defendants Young and Pogue's Motion to Dismiss (ECF No. 49) no later than **April 1, 2026**. Failure to do so will result in the Court ruling on Defendants' unopposed Motion to Dismiss and/or possible dismissal of this action for failure to prosecute.

Dated this 24th day of March, 2026.

JOSEPH S. DUEKER
UNITED STATES MAGISTRATE JUDGE

---

[1] E.D. Mo. L.R. 4.01(B) provides that "each party opposing a motion … must file, within fourteen (14) days after service of the motion, a single memorandum containing any relevant argument and citations to authorities on which the party relies."